Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise consists of selenium dioxide the same in all material respects as the substance passed upon in *John V. Carr & Son, Inc.* v. *United States* (25 Cust. Ct. 77, C. D. 1267), the claim for free entry was sustained.

No. 55395.—General Aniline & Film Corporation v. United States, protest 160650–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise consists of carbonyl iron powder the same in all material respects as the substance passed upon in Abstract 43405. The claim of the plaintiff was therefore sustained.

No. 55396.—Fleming-Joffe, Ltd. v. United States, protests 133606–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

No. 55397.—Emil Buschoff & Co., Inc., and Leather Trading Corp. v. United States, protests 138374–K and 138372–K (A) (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained as to four bales, i. e., bale Nos. 102/4 in protest 138374–K and bale No. 101 in protest 138372–K (A).

No. 55398.—Samuel Shapiro v. United States, protests 142839–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those